

# CALIFORNIA STUDENT LOAN FINANCE CORPORATION

CONSOLIDATION LOAN PROGRAM
REPAYMENT OPTIONS AND PROMISSORY NOTE

SUBMIT COMPLETED AND
SIGNED PROMISSORY NOTE
USA CONSOLIDATION CEN
PO BOX 19760
IRVINE, CA 92713
1-800-EASIPAY

CALIFORNIA STUDENT AID
COMMISSION - GUARANTOR

WARNING: ANY PERSON WHO KNOWINGLY MAKES A FALSE STATEMENT OR MISREPRESENTATION ON THIS FORM IS SUBJECT TO PENALTIES WHICH MAY INCLUDE FINES OR IMPRISONMENT UNDER THE U.S. CRIMINAL CODE AND 20 USC 1097.

### SECTION 1: PAYMENT OPTIONS — Indicate your choice by marking an X in ONE option box

| CONSOLIDATION LOAN AMOUNT | LOAN TERM | DATE |
|---|---|---|
| $ 8,473.20 | 180 MONTHS | 07NOV87 NOV-3 1992 24 |

**FIXED OR LEVEL**

| | # OF PAYMENTS | PAYMENT AMOUNT | TOTAL INTEREST YOU MAY PAY | TOTAL AMOUNT OF ALL PAYMENTS |
|---|---|---|---|---|
| FIXED OPTION | 180 | $ 93.20 | $ 8,302.80 | $ 16,776.0 |

**GRADUATED**

| | PAYMENT AMOUNT | # OF PAYMENTS | PAYMENT AMOUNT | TOTAL INTEREST YOU MAY PAY | TOTAL AMOUNT OF ALL PAYMENTS |
|---|---|---|---|---|---|
| OPTION | $ 72.28 | NEXT 12 | $ 94.91 | $ 9,828.52 | $ 17,901.7 |
| FIRST 24 | 72.28 | NEXT 12 | 103.74 | | |
| NEXT 12 | 77.70 | LAST 96 | 112.00 | | |
| NEXT 12 | 83.52 | | | | |
| NEXT 12 | 89.76 | | | | |

**ONLY OPTION**

| | AMOUNT OF PAYMENT | # REMAINING MONTHS | AMOUNT OF PAYMENT | TOTAL INTEREST YOU MAY PAY | TOTAL AMOUNT OF ALL PAYMENTS |
|---|---|---|---|---|---|
| FIRST 12 | 72.28 | LAST 154 | 99.56 | 8,592.88 | 17,063.0 |
| FIRST 24 | 72.28 | LAST 144 | 103.65 | 8,854.48 | 17,327.6 |
| FIRST 36 | 72.28 | LAST 132 | 108.59 | 9,130.12 | 17,603.9 |
| FIRST 60 | 72.28 | LAST 120 | 114.62 | 9,418.00 | 18,011.2 |
| FIRST 72 | 72.28 | LAST 120 | 114.62 | 9,418.00 | 18,011.2 |
| FIRST 84 | 72.28 | LAST 108 | 122.19 | 9,718.84 | 18,392.0 |

**REDUCED PAYMENT OPTION**

| | AMOUNT OF REDUCED PAYMENT | # REMAINING MONTHS | REMAINING MONTHS PAYMENT | TOTAL INTEREST YOU MAY PAY | TOTAL AMOUNT OF ALL PAYMENTS |
|---|---|---|---|---|---|
| FIRST 12 | $ 82.74 | LAST 168 | $ 94.66 | $ 8,222.56 | $ 16,695.7 |
| FIRST 24 | 82.74 | LAST 156 | 96.38 | 8,347.84 | 17,021.0 |
| FIRST 36 | 82.74 | LAST 144 | 98.43 | 8,479.36 | 17,152.9 |
| FIRST 48 | 82.74 | LAST 132 | 100.89 | 8,615.80 | 17,287.0 |
| FIRST 60 | 82.74 | LAST 120 | 103.93 | 8,760.40 | 17,433.4 |
| FIRST 72 | 82.74 | LAST 108 | 107.66 | 8,911.36 | 17,584.3 |
| FIRST 84 | 82.74 | LAST 96 | 112.41 | 9,068.32 | 17,741.5 |

### SECTION 2: PERSONAL INFORMATION

SSN: 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   Name: DAVENPORT
Address: 3446 11TH STREET NW, WASHINGTON, DC 20010

Phone: 202-234-5327   Driver's License: 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   State: DC

**REFERENCE REQUIREMENT** — References must be in the United States and be at different addresses

Reference 1: Charles Hardy, SE, Washington
Reference 2: Ralph Dimmick, 1416 So. Wayne St #807, Arlington, Virg, (703) 920-1235

| Type of Loan | Interest Rate | Present Balance | Expected Disbursement |
|---|---|---|---|
| GSL | 8.00 | 3,000.00 | 1/01/8 |
| HISL | 9.00 | 3,350.00 | 2/01/8 |
| HISL | 9.00 | 150.00 | 11/01/8 |
| CLAS | 12.00 | 3,673.20 | 6/01/8 |

Account Numbers: X J859578901065 / 578901065 / 578901065 / X 029761304

TRUST C/O B.L.C.
GUILFORD COLLEGE
GUILFORD COLLEGE
GUILFORD C WINSTON-SALEM, NC

PLAINTIFF'S EXHIBIT A

| | # | PAYMENT | MONTHS | PAYMENT | YOU MAY PAY | ALL PAYMENTS |
|---|---|---|---|---|---|---|
| FIRST | 12 | $ 72.28 | LAST 168 | $ 96.12 | $ 8,342.32 | $ 17,815.5 |
| FIRST | 24 | 72.28 | LAST 156 | 99.54 | 8,592.88 | 17,866.0 |
| FIRST | 36 | 72.28 | LAST 144 | 103.45 | 8,854.43 | 17,527.6 |
| FIRST | 48 | 72.28 | LAST 132 | 108.39 | 9,138.12 | 17,603.5 |
| FIRST | 60 | 72.28 | LAST 120 | 114.42 | 9,438.00 | 17,691.2 |
| FIRST | 72 | 72.28 | LAST 108 | 122.11 | 9,731.84 | 17,392.0 |
| FIRST | 84 | 72.28 | LAST 96 | 131.61 | 10,032.88 | 17,706.0 |

| | # MONTHS REDUCED PAYMENT | AMOUNT OF REDUCED PAYMENT | # REMAINING MONTHS | AMOUNT OF REMAINING MONTHLY PAYMENT | TOTAL INTEREST YOU MAY PAY | TOTAL AMOUNT OF ALL PAYMENTS |
|---|---|---|---|---|---|---|
| FIRST | 12 | $ 82.74 | LAST 168 | $ 94.66 | $ 8,222.54 | $ 16,893.7 |
| FIRST | 24 | 82.74 | LAST 156 | 96.38 | 8,347.84 | 17,031.0 |
| FIRST | 36 | 82.74 | LAST 144 | 98.63 | 8,479.34 | 17,152.3 |
| FIRST | 48 | 82.74 | LAST 132 | 100.89 | 8,615.80 | 17,287.6 |
| FIRST | 60 | 82.74 | LAST 120 | 103.93 | 8,760.40 | 17,433.4 |
| FIRST | 72 | 82.74 | LAST 108 | 107.66 | 8,911.36 | 17,582.5 |
| FIRST | 84 | 82.74 | LAST 96 | 112.41 | 9,068.32 | 17,742.3 |

PERSONAL INFORMATION — PLEASE TYPE OR LEGIBLY PRINT ALL ENTRIES

SSN: 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    Last Name: DAVENPORT    First Name: BAKER D

Address: 244 11T STREET NW    WASHINGTON    DC    20010 0000

Home Telephone: 202-234-0127    Work Telephone: 999-000-0000    Driver's License: 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    State: DC

REFERENCE REQUIREMENT — References must be in the United States and be at different addresses.

Reference 1: Charles Hardy, Chem(?), SE Wash DC 20034, 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
Reference 2: Ralph Dimmick, 1016 So Wayne St #804, Arlington, Virg, (703) 980-7237

EMPLOYMENT INFORMATION — Employer's Name: N/A

ITEMIZATION OF STUDENT LOAN OBLIGATIONS

| Lender | Acct # | Account Number | Type of Loan | Interest Rate | Present Balance | Date of Repayment |
|---|---|---|---|---|---|---|
| CSLF / TRUST C/O B.B.S. | X | 3850578901065 | GSL | 8.00 | 5,000.00 | 1/01/0 |
| GUILFOR COLLEGE | | 578901065 | NDSL | 3.00 | 3,330.00 | 2/01/1 |
| GUILFOR COLLEGE | | 578901065 | NDSL | 3.00 | 930.00 | 11/01/1 |
| WACHOVIA / WINSTON-SALEM, NC | X | 029961304 | CLAS | 12.00 | 3,473.20 | 6/01/3 |

TOTAL INDEBTEDNESS I AM REQUESTING YOU CONSIDER IN DETERMINING MY LOAN TERM $ 12,733.20
CONSOLIDATION LOAN AMOUNT $ 8,473.20

PROMISSORY NOTE — Read all terms on the front and reverse of this form before signing.

[signature] Buck Davenport

SOCIAL SECURITY NUMBER: 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    DATE: 10/29/87

I declare under penalty of perjury that
the foregoing is a true and correct copy
of the original promissory note.

Signed: Hiep Tran
Title: Records Mgmt Analyst
Date: 11-21-05