U. S. DEPARTMENT OF EDUCATION
SAN FRANCISCO, CALIFORNIA

**CERTIFICATE OF INDEBTEDNESS**

David Davenport
aka David O. Davenport
3644 11th NW St
Washington, DC 20010
SSN:

I certify that Department of Education records show that the borrower named above is indebted to the United States in the amount stated below plus additional interest from 01/20/06.

On or about 10/29/87, the borrower executed promissory note(s) to secure loan(s) of $8,729.26, from Bank of America at 9.00 percent interest per annum. This loan obligation was guaranteed by California Student Loan Finance Corporation and then reinsured by the Department of Education under loan guaranty programs authorized under Title IV-B of the Higher Education Act of 1965, as amended, 20 U.S.C. 1071 et. seq. (34 CFR Part 682). The holder demanded payment according to the terms of the note(s), and credited $0.00 to the outstanding principal owed on the loan(s). The borrower defaulted on the obligation on 09/29/93, and the holder filed a claim on the guarantee.

Due to this default, the guaranty agency paid a claim in the amount of $9,635.71 to the holder. The guarantor was then reimbursed for that claim payment by the Department under its reinsurance agreement. Pursuant to 34 CFR 682.410(b)(2), the guarantor charged the borrower interest on the total amount paid to the holder. The guarantor attempted to collect the debt from the borrower. The guarantor was unable to collect the full amount due, and on 09/04/03, assigned its right and title to the loan(s) to the Department.

Since assignment of the loan, the Department has received a total of $0.00 in payments from all sources, including Treasury Department offsets, if any. After application of these payments, the borrower now owes the United States the following:

| | |
|---|---|
| Principal | $11,917.63 |
| Interest: | $12,417.62 |
| Administrative/Collection Costs: | $0.00 |
| Late Fees: | $0.00 |
| Total debt as of 01/20/06: | $24,335.25 |

Interest accrues on the principal shown here at the rate of $2.93 per day.

Pursuant to 28 U.S.C. § 1746(2), I certify under penalty of perjury that the foregoing is true and correct.

Executed on: 2/21/06

Name: [signature]
Title: Loan Analyst
Branch: Litigation

Jessica Liu
Loan Analyst

PLAINTIFF'S EXHIBIT B