# UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF COLUMBIA

**SUMMONS IN A CIVIL ACTION**

United States of America
c/o Thomas A. Mauro
1020–19TH Street, NW, #400
Washington, DC 20036

Case Number: _____

v.

David Davenport

CASE NUMBER 1:06CV00657
JUDGE: John Garrett Penn
DECK TYPE: Student Loan (J)
DATE STAMP: 04/11/2006

TO: (Name and Address of Defendant)

David Davenport
3644 11th Nw St
Washington, DC 20010
SSN XXX-XX-1065 /

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (Name and Address:

Thomas A. Mauro

Suite 400
1020 19th Street, N.W.
Washington, DC 20036

an answer to the complaint which is served on you with this summons, within __20__ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY MAYER-WHITTINGTON
CLERK OF THE COURT

United States District Court
for the District of Columbia
333 Constitution Ave., NW
Washington, DC 20001

BY: _Maureen Higgins_
DEPUTY CLERK

DATE: APR 11 2006

AO 440 (Rev. 8/01) Summons in a Civil Action

# RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | 5/1/06 |

| NAME OF SERVER *(PRINT)* | TITLE |
|---|---|
| LLOYD THOMPSON | PROCESS SERVER |

Check one box below to indicate appropriate method of service

☐ Served personally upon the defendant. Place where served: _____

☒ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
   Name of person with whom the summons and complaint were left: Rt. Alberta Jett (mother)

☐ Returned unexecuted: _____

☐ Other (specify): _____

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  5/2/06
             Date          Signature of Server  *Lloyd Thompson*

             1220 L St. N.W.
             Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.