UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**UNITED STATES OF AMERICA,**

      **Plaintiff**                             Civil Action No. 06-0657 (JGP)

      v.

**DAVID DAVENPORT,**

      **Defendant**

### ORDER GRANTING DEFAULT JUDGMENT

Upon consideration of the unopposed application of the United States of America for a default judgment, including attorney's fees and other expenses, the Court will grant the default judgment requested. Based on the matters set forth in the application and attachments thereto and the documents in the case file, the Court further concludes that the request of the United States for attorney's fees and the awarding of other costs is reasonable. It is hereby

    **ORDERED** that

1.    A default judgment be and it hereby is entered in favor of the United States of America against David Davenport in the amount of $11,917.63 plus accrued interest of $12,417.62 as of 01/20/2006, and other costs and allowable expenses, for a total judgment of $24,335.25 with interest on $11,917.63 from 01/20/2006, at 9.000% per annum to the date of judgment, plus interest on $24,335.25 at the legal rate of **4.93**% pursuant to 28 U.S.C. §1961 until paid, plus attorney's fees of $7,178.89, and plus collection costs of $400.00 (the filing fee of $350.00 plus private process server fees of $50.00).

2.    The United States is further awarded the cost of private process server fees incurred in serving post-judgment executions and discovery. The Clerk shall tax them as costs.

3.    The Defendant is encouraged to contact counsel for the United States to make

voluntary payment arrangements.


**DATE: March 22, 2007**

                                        **JOHN GARRETT PENN**
                                        **United States District Judge**


**Copy via Electronic Case Filing System to:**
Thomas A. Mauro
1020-19TH Street, N.W.,#400
WASHINGTON, D.C. 20036
Attorney for the United States of America


**Copy via First-Class Mail to:**
David Davenport
3644 11th Street, N.W.
Washington, DC 20010
Defendant