UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA
CIVIL DIVISION

CASE NO. 1:06CV0657 JGP

UNITED STATES OF AMERICA, )
    Plaintiff, )
       v. )
David Davenport )
    Defendant(s), )
       and )
BANK OF AMERICA )
    Garnishee )

**RECEIVED**

JUN 1 1 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

ANSWER OF THE GARNISHEE

__Alicia Calloo__, BEING DULY SWORN DEPOSES AND SAYS:
(Affiant)

IF GARNISHEE IS AN INDIVIDUAL:

    That he/she is Garnishee herein doing business in the name of

BANK OF AMERICA
Garnishment Admin.
1425 NW 62nd Street
Ft. Lauderdale, FL 33309

IF GARNISHEE IS A PARTNERSHIP:

    That he/she is a member _____ of a partnership composed of which Garnishee is a partner.

IF GARNISHEE IS A CORPORATION:

    That he/she is the (State Official Title) _____ of Garnishee, _____ a corporation, organized under the laws of the State of _____.

On _____, 200__, Garnishee was served with the Writ of Continuing Garnishment. For the pay period in effect on the date of service (shown above)

Yes    No

___   _✓_   1.   Defendant was in my/our employ.

2.   Pay period is _____ weekly, _____ bi-weekly

_____ semi-monthly, _____ monthly.

Enter date present pay period began.

(Present means the pay period in which

this order and notice of garnishment were

served)

Enter date above pay period ends.

3.   Enter amount of net wages.   Calculate below:

(a) Gross Pay                    $_____

(b) Federal income tax           _____

(c) F.I.C.A. income tax          _____

(d) State income tax             _____

Total of tax withholdings        $_____

Net Wages                        $_____
(a less total of b,c,d)

___   _✓_   4.   Have there been previous garnishments in effect.

If the answer is yes, describe below.

_____

_____

_____

5.   The Garnishee has custody, control or possession of

the following property (non-earnings), in which the

Debtor maintains an interest, as described below:

| Description of Property | Approximate Value | Description of Debtor's Interest in Property |
|---|---|---|
| 1. Checking Account | 0.00 | 0.00 |
| 2. checking Account | 185.72 | 185.72 |
| 3. | | |
| 4. | | |

Garnishee anticipates owing to the judgment-debtor in the future, the following amounts:

| Amount | Estimate date or Period Due |
|---|---|
| 1. $ | |
| 2. $ | |
| 3. $ | |
| 4. $ | |

(Check the applicable line below if you **deny** that you hold property subject to this order of garnishment.)

\_\_\_\_   [The Garnishee makes the following claim of exemption on the part of Defendant:]

\_\_\_\_   [Or has the following objections, defenses, or set-offs to Plaintiff's right to apply Garnishee's indebtedness to Defendant upon Plaintiff's claim:]

\_\_\_\_   [The Garnishee was then in no manner and upon no account indebted or under liability to the Defendant, David Davenport and that the Garnishee did not have in his/her possession or control any property belonging to the Defendant, or in which the Garnishee has an interest; and is in no manner liable as Garnishee in this action.]

The Garnishee mailed a copy of this answer by first-class mail to (1) the Debtor, David Davenport, 3644 11th Nw St Washington, DC 20010, and (2) the attorney for the United States, Thomas A. Mauro, 1020--19TH STREET, NW, #400, WASHINGTON, DC 20006

I affirm, under the federal penalties of perjury, that the foregoing answers to the questions above are true and correct to the best of my knowledge and belief.

DATE: 6-6-07

_Alicia F. Calloo_
Garnishee

Alicia F. Calloo
Printed Name and Title

Sr. Operations Rep

1425 NW 62nd St, Ft Lauderdale, Fl 33309
Address for further communications

954-473-7710
Telephone

404-532-3209
Fax Number