IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Civil Action No. 1:06CV0657 JGP

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>　　　　　　　　　Plaintiff, | )<br>)<br>) |
| v. | )<br>) |
| David Davenport<br>　　　　　　　　　Defendant(s). | )<br>)<br>) |
| BANK OF AMERICA<br>　　　　　　　　　Garnishee | )<br>) |

PLAINTIFF'S MOTION FOR DISPOSITION ORDER

COMES NOW, the United States of America by and through Thomas A. Mauro, Attorney for the United States of America, and moves this Honorable Court to enter a disposition order, pursuant to 28 U.S.C. §3205, requiring the garnishee, to remit the $185.72 which it is holding to the Department of Justice's lockbox in Charlotte, North Carolina.

The garnishment is not being dismissed.

WHEREFORE, plaintiff moves this court for an order requiring BANK OF AMERICA to remit $185.72 and for other relief.

Respectfully submitted,

/S/
Thomas A. Mauro
Attorney for the United States of America
Suite 400
1020 19th Street, N.W.
Washington, DC  20006-6101
Tel No.(202) 452-9865
Fax No.(202) 452-0092

The purpose of this communication is an attempt to collect a debt by a debt collector.  Any information obtained will be used for that purpose.

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing

was mailed this 19th day of June, 2007 to:


David Davenport
3644 11th NW St
Washington, DC  20010


BANK OF AMERICA
1425 NW 62nd Street
Ft. Lauderdale, FL  33309
Attn: Alicia Calloo, Sr. Operations Rep.
Tel No. 954-473-7710
Fax No. 404-532-3209




/S/
_____
Thomas A. Mauro
Attorney for the United States of America

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Civil Action No. 1:06CV0657 JGP

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| David Davenport | ) |
| Defendant(s). | ) |
| | ) |
| | ) |
| | ) |
| BANK OF AMERICA | ) |
| Garnishee | ) |

DISPOSITION ORDER

BANK OF AMERICA has confessed that it is holding $185.72 pursuant to a writ of garnishment served upon it by the United States.  The United States has moved for an order authorizing the garnishee to remit the funds to the United States.  Under 28 U.S.C. §3205(c)(7), the Court will grant the motion.

Accordingly, it is the _____ day of _____, 2007, ORDERED THAT:

1.     BANK OF AMERICA shall send its check payable to the "Department of Justice" in the amount of $185.72 and mail said check to the Central Intake Facility, P.O. Box 70940, Charlotte, NC 28272-0940.  The judgment debtor's name and claim number C106-00231---- shall be referenced on the check, check stub, or transmittal letter.  The garnishee shall mail a copy of its payment transmittal letter to the Clerk and to counsel for the plaintiff.

2.     This garnishment is a continuing garnishment and remains in force until the judgment is satisfied or the Court enters an order terminating the garnishment.  The garnishee shall report any

additional funds held from time to time.

3. The Clerk will please send a certified copy of this order to the garnishee.

United States District Court Judge

Copies to:

Thomas A. Mauro,
1020–19th Street, NW, #400
Washington, DC 20036
Tel No. (202) 452-9865
Fax No. (202) 452-0092
Attorney for the United States of America


David Davenport
3644 11th NW St
Washington, DC  20010


BANK OF AMERICA
1425 NW 62nd Street
 Ft. Lauderdale, FL  33309
Attn: Alicia Calloo, Sr. Operations Rep.
Tel No. 954-473-7710
Fax No. 404-532-3209