UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**UNITED STATES OF AMERICA,**

        **Plaintiff**

v.                                Civil Action No.  06-0657 (JGP)

**DAVID DAVENPORT,**

        **Defendant**


**BANK OF AMERICA,**

        Garnishee

### DISPOSITION ORDER

BANK OF AMERICA has confessed that it is holding $185.72 pursuant to a writ of garnishment served upon it by the United States.  The United States has moved for an order authorizing the garnishee to remit the funds to the United States.  Under 28 U.S.C. §3205(c)(7), the Court will grant the motion.  It is hereby

**ORDERED** that:

1. BANK OF AMERICA shall send its check payable to the "Department of Justice" in the amount of $185.72 and mail said check to the Central Intake Facility, P.O. Box 70940, Charlotte, NC 28272-0940.  The judgment debtor's name and claim number C106-00231---- shall be referenced on the check, check stub, or transmittal letter.  The garnishee shall mail a copy of its payment transmittal letter to the Clerk and to counsel for the plaintiff.

2. This garnishment is a continuing garnishment and remains in force until the judgment is satisfied or the Court enters an order terminating the garnishment.  The garnishee shall report any additional funds held from time to time.

3.  The Clerk will please send a certified copy of this order to the garnishee.

**DATE:  July 27, 2007**

                        **JOHN GARRETT PENN**
                        **United States District Judge**

**Copy via First-Class Mail to:**
David Davenport
3644 11th Street, N.W.
Washington, DC  20010
Defendant

BANK OF AMERICA
1425 NW 62nd Street
 Ft. Lauderdale, FL  33309
Attn: Alicia Calloo, Sr. Operations Rep.
Tel No. 954-473-7710
Fax No. 404-532-3209
Garnishee

**Copy via Electronic Case Filing System:**
Thomas A. Mauro,
1020–19th Street, NW, #400
Washington, DC 20036
Tel No. (202) 452-9865
Fax No. (202) 452-0092
Attorney for the United States of America